# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DAVID A DAVIDSON                                                                 PLAINTIFF

v.                      4:18CV00701-JM-JTK

THOMPSON, et al.                                               DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice. The relief sought is denied.

The Court certifies that an <u>in forma pauperis</u> appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 7th day of January, 2019.

                                      _____
                                      JAMES M. MOODY, JR.
                                      UNITED STATES DISTRICT JUDGE